Case 1:26-cr-00003-DMT *SEALED*    Document 4    Filed 01/08/26    Page 1 of 2

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| | | |
|---|---|---|
| United States of America<br>v.<br>Jessica Lynn Larson<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:26-cr-003-02 |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Jessica Lynn Larson                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances

Date:    01/08/2026                                /s/ Melissa Fischer
                                                                *Issuing officer's signature*

City and state:    Bismarck, ND                         Melissa Fischer, Deputy Clerk
                                                                *Printed name and title*

**Return**

This warrant was received on *(date)* 1/8/26, and the person was arrested on *(date)* 1/28/26
at *(city and state)* Minot, ND.

Date: 1/28/26                                         *Arresting officer's signature*

                                                                ATF TFO Elijah Hanks
                                                                *Printed name and title*